# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD HANDY<br><br>v.<br><br>HENRY AVENUE OPERATING COMPANY, LP d/b/a *PEDIATARIC SPECIALTY CARE AT PHILADELPHIA*, et al. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 21-3892-JMY |

## ORDER

**AND NOW**, this <u>8th</u> day of August, 2022, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

          **GEORGE WYLESOL**, Clerk of Court

By:  /s/ ***Dedra Brannan***
      Dedra Brannan, Civil Deputy Clerk to
      The Honorable John Milton Younge